IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| BARBARA F. STUBBS § | |
| § | |
| v. § | CIVIL ACTION NO. G-03-405 |
| § | |
| JO ANNE B. BARNHART, § | |
| COMMISSIONER OF SOCIAL SECURITY § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered on the same date herewith, this action is **REMANDED** to the Social Security Administration pursuant to 42 U.S.C. § 405(g).

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 24th day of May, 2005.

_____
Samuel B. Kent
United States District Judge